Filed 7/23/14  P. v. Bruni CA2/1

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>        v.<br><br>ANNE BRUNI,<br><br>        Defendant and Appellant. | B254077<br><br>(Los Angeles County<br>Super. Ct. No. BA418701) |

APPEAL from a judgment of the Superior Court of Los Angeles County.  Kristi Lousteau, Temporary Judge.  (Pursuant to Cal. Const., art. VI, § 21.)  Appeal dismissed.

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

On December 11, 2013, defendant Anne Bruni entered a no contest plea to a charge she possessed methamphetamine on or about November 21, 2013, in violation of Health and Safety Code section 11377, subdivision (a). The trial court suspended imposition of sentence and placed defendant on probation.

The trial court denied defendant's request for a certificate of probable cause, but she filed a timely appeal. We appointed counsel to represent defendant on appeal. After examining the record, counsel filed an opening brief raising no issues and asking this court to independently review the record. On May 14, 2014, we advised defendant she had 30 days within which to personally submit any contentions or issues she wished us to consider. To date, we have received no response.

Defendant's no contest plea and failure to obtain a certificate of probable cause limit the potential scope of defendant's appeal to "[g]rounds that arose after entry of the plea and do not affect the plea's validity" or "[t]he denial of a  motion to suppress evidence under Penal Code section 1538.5." (Cal. Rules of Court, rule 8.304(b); Pen. Code, § 1237.5.) We have examined the entire record and have found that no arguable issues of any sort exist, let alone issues cognizable without a certificate of probable cause. We are satisfied that defendant's attorney has fully complied with his responsibilities. (*People v. Kelly* (2006) 40 Cal.4th 106, 109–110; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

**DISPOSITION**

The appeal is dismissed.

NOT TO BE PUBLISHED.


MILLER, J.*

We concur:


CHANEY, Acting P. J.


JOHNSON, J.

* Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

3